**1156. RUPP vs. BOARD OF CANVASSERS** (Bessemer), No. 12739½.

To compel a recount of votes cast for alderman.

Order to show cause denied April 20, 1892.

**1157 COFFRON vs. BOARD OF CANVASSERS** (Montmorency),
No. 14544.

To compel a re-count of the votes cast for sheriff, under Act No. 208, Laws of 1887.

Denied December 19, 1894.

Two answers were filed, one by the majority of the members of the board, and the other by the minority. The majority returned that relator had withdrawn his petition for a re-count, and it was held that such return must be treated as the true return in the absence of a demand for the framing of an issue.